# Court of Appeals
# of the State of Georgia

ATLANTA,  July 01, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0442. MICHAEL ANTHONY GLOVER v. THE STATE.

Michael Anthony Glover was convicted in 2017 of rape and aggravated sodomy, and we affirmed his convictions on appeal. *Glover v. State*, Case No. A24A0146 (Apr. 19, 2024) (unpublished). In April 2025, Glover filed a "motion in arrest of judgment," arguing that his indictment was defective and void. The trial court dismissed the motion, and Glover filed this application for discretionary appeal. We, however, lack jurisdiction.

To the extent Glover's claims concerning the sufficiency of his indictment can be construed as a motion in arrest of judgment, the motion was untimely because it was not filed during the term of court at which the judgment was obtained.[1] See OCGA § 17-9-61 (b); *Hammond v. State*, 292 Ga. 237, 238 (734 SE2d 396) (2012). Moreover, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); see also *Jones v. State*, 290 Ga. App. 490, 493-494 (1) & (2) (659 SE2d 875) (2008) (challenge to validity of indictment is challenge to conviction). Any appeal from an order denying or dismissing such a motion must be dismissed. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper*, 286 Ga. at 218 (2).

---

[1] See OCGA § 15-6-3 (23) (A) (noting that Bibb County terms of court begin the first Monday in February, April, June, August, October, and December).

For these reasons, this application is hereby DISMISSED. Glover's motion for an extension of time to file an application for discretionary review is DENIED AS MOOT.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* ___07/01/2025_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*